UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------

ARASU TEXPORTS,

       Plaintiff,

  -against-

SPORTLIFE BRANDS, LLC,

       Defendant.

---------------------------------------

24-cv-8789 (JSR)

<u>AMENDED ORDER</u>

JED S. RAKOFF, U.S.D.J.:

    On June 6, 2025, plaintiff Arasu Texports ("Arasu") and defendant Sportlife Brands, LLC ("Sportlife") jointly called chambers. During that call, Arasu requested leave to file a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). The Court granted Arasu's application and proceeded to set the following briefing schedule for the motion: (1) opening brief to be filed by no later than June 13, 2025, (2) answering brief to be filed by no later than June 27, 2025, and (3) reply brief to be filed by no later than July 7, 2025.

    Consistent with the Court's order, Arasu filed a motion for judgment on the pleadings on June 13, 2025. To date, Sportlife has not opposed that motion by filing an answering brief. The Court therefore grants Arasu's motion for judgment on the pleadings. Consistent with the underlying settlement agreement in this case, Sportlife is hereby ordered to pay Arasu $294,444.48 plus prejudgment interest at a rate of 9% starting on May 22, 2024

through June 30, 2025, the date of the original order. <u>See</u> ECF No. 21. Sportlife is also ordered to pay any costs and fees that Arasu incurred enforcing that agreement. The Clerk of Court is respectfully directed to close the case.

    SO ORDERED.

New York, NY
_7/16,_ 2025

                                        JED S. RAKOFF, U.S.D.J.