**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ARASU TEXPORTS,

                Plaintiff,                    24 **CIVIL** 8789 (JSR)

       -against-                      **JUDGMENT**

SPORTLIFE BRANDS, LLC,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated June 30, 2025, and the Court's Amended Order dated July 16. 2025, Court therefore grants Arasu's motion for judgment on the pleadings. Consistent with the underlying settlement agreement in this case, Sportlife is hereby ordered to pay Arasu $294,444.48 plus prejudgment interest at a rate of 9% starting on May 22, 2024 through June 30, 2025, the date of the original order amounting to $29,331.51 in total interest accrued. See ECF No. 21. Sportlife is also ordered to pay any costs and fees that Arasu incurred enforcing that agreement. Accordingly, this case is closed.

**Dated:** New York, New York

      July 17, 2025

                                                  **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                          **BY:**
                                                  **Deputy Clerk**